FIELD WOMACK & KAWCZYNSKI, LLC
137 South Broadway, Suite B-1
South Amboy, NJ 08879
Tel.: 732-553-9030; Fax: 732-553-9040
By: John E. Kawczynski, Esquire
Attorney for the Defendant, Weeks Marine, Inc.

|  |  |
|---|---|
| JAMES FREEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> WEEKS MARINE, INC., <br><br><br> Defendant. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> CASE NO.: 1:14-CV-03202-RMB-AMD |

## **CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter having been opened to the Court upon application of Field, Womack & Kawczynksi, LLC, attorneys for Defendant, WEEKS MARINE, INC., with the consent of the attorneys for Plaintiff, for a Consent Order extending time within which to file an Answer, move, or otherwise plead with respect to the Complaint, and for an additional period of thirty days or no later than October 17, 2014, and for good cause having been shown;

IT IS on this          day of          , 2014,

ORDERED, that the Defendant, Weeks Marine, Inc., be permitted to file an Answer, move or otherwise plead with respect to the Complaint for an additional period of thirty days or no later than October 17, 2014, and it is

It is hereby FURTHER ORDERED that a copy of this Order be served upon all counsel of record within _____ days of the date hereof.

So Ordered,

_____
U.S.D.J.

FREEDMAN & LORRY, P.C.
Attorneys for Plaintiff

By: _Scott A. Portner_
Scott A. Portner, Esq.

Dated: 9/18/14

FIELD WOMACK & KAWCZYNSKI, LLC
Attorneys for Defendant

By: _____
John E. Kawczynski

Dated: 9/18/14